UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-660 (DSD/HB)

Robert G., Jr.,

    Plaintiff,

v.          **ORDER**

Kilolo Kijakazi, Acting Commissioner of Social Security,

    Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Hildy Bowbeer dated May 25, 2022. Neither party has objected to the R&R. Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 25] is adopted in its entirety;

2. Plaintiff's motion for summary judgment [ECF No. 20] is denied;

3. Defendant's motion for summary judgment [ECF No. 22] is granted; and

4. The case is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 10, 2022          s/ David S. Doty
                                                 David S. Doty, Judge
                                                 United States District Court